**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: September 18, 2026
Docket #: 24-3212
Short Title: Martinez v. Duquin

DC Docket #: 1:20-cv-773
DC Court: WDNY (BUFFALO)
DC Judge: Lawrence Joseph Vilardo

## NOTICE OF SUBMISSION DATE FOR DETERMINATION OF APPEAL

**Submission Date:** Thursday, November 12, 2026

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of submission. The Court will consider the motion or stipulation at the time of submission, and counsel's appearance is not required. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.